# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

139018

KENNETH SIEGEL, SR. (Deceased), SANDRA
SIEGEL, and J. TIMOTHY ESPER, Personal
Representative,
        Plaintiffs,

v

EDWARD C. LEVY d/b/a MILFORD SAND
AND GRAVEL COMPANY,
        Defendant-Appellee,
and

SILICOSIS DUST DISEASE AND LOGGING
INDUSTRY COMPENSATION FUND,
        Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139018
COA: 289770
WCAC: 05-000090

On order of the Court, the application for leave to appeal the April 29, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



0921

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk